■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULYNN CRISCUOLO, Appellant. [40 NYS3d 310]—Appeal from a judgment of the Wayne County Court (Dennis M. Kehoe, J.), rendered August 11, 2015. The judgment convicted defendant, upon her plea of guilty, of driving while intoxicated, a class E felony, and aggravated vehicular assault.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Carni, Lindley, DeJoseph and Scudder, JJ.